UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMANITA GONZALES,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
MICHIGAN, et al.,

    Defendants.
_____/

File No. 1:09-cv-541

HON. ROBERT HOLMES BELL

**MEMORANDUM OPINION AND ORDER**
**ADOPTING THE REPORT AND RECOMMENDATION**

On August 18, 2009, United States Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 16), recommending: (1) that the Court grant the motion to dismiss filed by the United States District Court for the Eastern District of Michigan (Dkt. No. 7), and (2) that the Court grant the motion for summary judgment filed by the Federal Public Defender's Office (Dkt. No. 10). Plaintiff filed objections to the R&R on August 28, 2009. (Dkt. No. 17.)

This Court is required to make a *de novo* determination of those portions of a R&R to which specific objections are made, and may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court has reviewed Plaintiff's objections to the R&R and is satisfied with the conclusions of the R&R. Plaintiff's objections consist of vague and conclusory assertions

that fail to identify any error in the R&R. *See Slater v. Potter*, 28 F. App'x 512, 513 (6th Cir. 2002) ("The filing of vague, general, or conclusory objections does not meet the requirement of specific objections and is tantamount to a complete failure to object."); *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995) ("The objections [to a report and recommendation] must be clear enough to enable the district court to discern those issues that are dispositive and contentious.").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's objections to the Report and Recommendation of the Magistrate Judge (Dkt. No. 17) are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Dkt. No. 16) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Defendant United States District Court for the Eastern District of Michigan (Dkt. No. 7) is **GRANTED**. Plaintiff's claims against Defendants United States District Court for the Eastern District of Michigan and Magistrate Judge Virginia Morgan are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the motion for summary judgment filed by the Federal Public Defender's Office (Dkt. No. 10) is **GRANTED**.

**This case is CONCLUDED.**

Dated: September 10, 2009    /s/ Robert Holmes Bell
                              ROBERT HOLMES BELL
                              UNITED STATES DISTRICT JUDGE